UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT SARLES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:24-cv-130

HON. JANE M. BECKERING

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 8, 2025 (ECF No. 12), recommending that the Commissioner's decision be reversed and the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED.

**IT IS FURTHER ORDERED** that, on remand, the Commissioner should re-evaluate Mr. Richmond's treatment notes and opinions.

A Judgment will be entered consistent with this Order.

Dated: January 24, 2025                            /s/ Jane M. Beckering
                                                                            JANE M. BECKERING
                                                                            United States District Judge